IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-169-WKW |
| | ) | |
| DARRYL LAMONT BROWN | ) | |

**ORDER**

On September 12, 2007, the Magistrate Judge filed a Recommendation (Doc. # 300) that defendant's Motion for Severance (Doc. # 263) be denied. Upon an independent review of the file in this case, upon consideration of the Recommendation of the Magistrate Judge, and there being no timely objections filed, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 300) is ADOPTED;

2. Defendant's Motion for Severance (Doc. #263) is DENIED; and

3. This case is REFERRED back to the Magistrate Judge for further appropriate proceedings.

DONE this 4th day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE